SCOTT A. GLOGOVAC, ESQ.
Nevada Bar No. 000226
MICHAEL A. PINTAR, ESQ.
Nevada Bar No. 003789
ROBERT R. HOWEY, ESQ.
Nevada Bar No. 011608
BURTON, BARTLETT & GLOGOVAC
50 W. Liberty St., Suite 700
Reno, Nevada 89501
Telephone:  775/333-0400
Facsimile:   775/333-0412

Attorneys for Defendants
Progressive Casualty Insurance Company
and Vince Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| ADOLPH DERUISE and CLARA JANE DERUISE,<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY; and VINCE JOHNSON,<br><br>Defendants. | Case No. 3:11-CV-00136-ECR-RAM<br><br>ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE |
|---|---|

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiffs Adolph DeRuise and Clara Jane DeRuise and Defendant Progressive Casualty Insurance Company, both parties acting through counsel, that the within action may be dismissed with prejudice, each party to pay his, hers or its own costs and attorney's fees.

. . .

. . .

. . .

. . .

BURTON, BARTLETT & GLOGOVAC
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 700
RENO, NEVADA 89501-1947
(775) 333-0400

1

DATED this 9th day of September, 2011.

WALSH, BAKER & ROSEVEAR, P.C.

By: _____
JAMES M. WALSH, ESQ.
Nevada Bar No. 000796

-And-

LAW OFFICES OF AMY N. TIRRE, APC

By: _____
AMY N. TIRRE, ESQ.
Nevada Bar No. 006523

Attorneys for Plaintiffs
Adolph DeRuise and Clara Jane DeRuise

BURTON, BARTLETT & GLOGOVAC

By: _____
SCOTT A. GLOGOVAC, ESQ.
Nevada Bar No. 000226

Attorneys for Defendant
Progressive Casualty Insurance Company

## ORDER

IT IS SO ORDERED. granting the stipulation to dismiss with prejudice. Further ordered vacating the scheduling conference set for September 15, 2011.

DATED 9/14/1011

_____
Edward C. Reed
U.S. DISTRICT JUDGE

BURTON, BARTLETT & GLOGOVAC
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 700
RENO, NEVADA 89501-1947
(775) 333-0400

2