SCOTT A. GLOGOVAC, ESQ.
Nevada Bar No. 000226
MICHAEL A. PINTAR, ESQ.
Nevada Bar No. 003789
ROBERT R. HOWEY, ESQ.
Nevada Bar No. 011608
BURTON, BARTLETT & GLOGOVAC
50 W. Liberty St., Suite 700
Reno, Nevada 89501
Telephone:   775/333-0400
Facsimile:   775/333-0412

Attorneys for Defendants
Progressive Casualty Insurance Company
and Vince Johnson

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ADOLPH DERUISE and CLARA JANE DERUISE,<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY; and VINCE JOHNSON,<br><br>Defendants. | Case No. 3:11-CV-00136-ECR-RAM<br><br>ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiffs Adolph DeRuise and Clara Jane DeRuise and Defendant Progressive Casualty Insurance Company, both parties acting through counsel, that the within action may be dismissed with prejudice, each party to pay his, hers or its own costs and attorney's fees.

. . .

. . .

. . .

. . .

BURTON, BARTLETT
& GLOGOVAC
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 700
RENO, NEVADA 89501-1947
(775) 333-0400

1

1

DATED this ___ day of September, 2011.

2

WALSH, BAKER & ROSEVEAR, P.C.          BURTON, BARTLETT & GLOGOVAC

3

4

By: _____        By: _____

5

JAMES M. WALSH, ESQ.                      SCOTT A. GLOGOVAC, ESQ.
Nevada Bar No. 000796                      Nevada Bar No. 000226

6

-And-                                    Attorneys for Defendant

7

Progressive Casualty Insurance
Company

LAW OFFICES OF AMY N. TIRRE, APC

8

9

By: _____

10

AMY N. TIRRE, ESQ.
Nevada Bar No. 006523

11

Attorneys for Plaintiffs

12

Adolph DeRuise and Clara Jane
DeRuise

13

14

**ORDER**

15

IT IS SO ORDERED. granting the stipulation to dismiss with prejudice.  Further

16

ordered vacating the scheduling conference set for

DATED 9/14/1011 ___ September 15, 2011.

17

18

_____

19

U.S. DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

BURTON, BARTLETT
& GLOGOVAC
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 700
RENO, NEVADA 89501-1947
(775) 333-0400

2